IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUEEN BLOUT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv1025-CSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
|    Defendant. ) | |

**O R D E R**

On May 22, 2008, the plaintiff filed an application for attorney fees pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d). (Doc. # 16). Upon consideration of the plaintiff's application, and for good cause, it is

ORDERED that on or before June 6, 2008, the opposing party shall show cause why the motion should not be granted.

Done this 22nd day of May 2008.

                                            /s/Charles S. Coody
                                          CHARLES S. COODY
                                          UNITED STATES MAGISTRATE JUDGE